FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

11 OCT 13 PM 2:30

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

BARBARA JOHNSON,

PLAINTIFF,

v.   CASE No: 8:11 cv 2317 T 17 MAP

ERIC K. SHINSEKI, as Secretary of the
DEPARTMENT OF VETERANS AFFAIRS,

DEFENDANT.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, BARBARA JOHNSON, by and through her undersigned counsel, hereby brings this action against Defendant, **ERIC K. SHINSEKI, as Secretary of the DEPARTMENT OF VETERANS AFFAIRS,** and states:

### JURISDICTION AND VENUE

1.   This is an action under title VII of the Civil Rights Act of 1964. Petitioner was employed by Defendant as a registered nurse at Bay Pines VA hospital and medical center. She was an employee within the meaning of Title VII.

2.   Defendant Secretary of the Department of Veterans Affairs, is responsible for the proper conduct of, among other things, the Bay Pines VA Hospital and Medical Center. He is an "Employer" within the meaning of Title VII.

### GENERAL ALLEGATIONS

3.   Plaintiff has properly pursued her administrative remedies.

4. Plaintiff has hired the undersigned attorneys and agreed to pay them a fee and costs.

5. Plaintiff requests a jury trial for all issues so triable.

## FACTS

6. While employed plaintiff experienced sexual harassment from the person acting as her supervisor. Specifically but without limitation, he asked to have a relationship with her and told her that he dreamed about her.

7. Plaintiff complained of sexual harassment.

8. Immediately she was assigned to a unit and a shift which resulted in a pay loss to her. Thereafter defendant, through officers and employees of Bay Pines, conduct an investigation. The supervisor, obviously empowered by management, organized the employees whom he supervised (plaintiff's coworkers) to complain about plaintiff's' behavior. No aspect of it had any bearing on patient care.

9. Plaintiff was notified that she would be terminated but properly responded to the proposed discharge. The Director of Bay Pines Hospital and Medical Center failed and refused to respond to plaintiff's response or to meet with her despite the fact that she has a right to a meeting and a response.

10. Thereafter, Bay Pines' personnel chief threatened plaintiff with reporting alleged license violations to the state board of nursing.

11. In fear of losing her livelihood, plaintiff resigned.

12. Plaintiff has been damaged as a result of the sexual harassment and retaliation she experienced at Bay Pines. She has lost pay and benefits and has suffered a loss of enjoyment of life.

13. The conduct complained of above is a violation of Title VII of the Civil Rights Act of 1964.

WHEREFORE, Plaintiff asked the court:

(a) Take jurisdiction over the cause and the parties

(b) grant her trial by jury

(c enter judgment in her favor for lost pay and benefits

(d) enter judgment in her favor for compensatory damages

(e) award her for attorneys fees together with costs

(f) grant her such other relief as is just and equitable

## JURY TRIAL DEMAND

Plaintiff demands trial by jury as to all issues.

Dated this 13 day of October, 2011.

Respectfully submitted,

/s/Steven G. Wenzel
**STEVEN G. WENZEL**
Florida Bar No.: 0159055
Wenzel Fenton Cabassa, P.A.
1110 North Florida Avenue, Suite 300
Tampa, FL 33602
(813) 224-0431 Telephone
(813) 229-8712 Facsimile
Email:swenzel@wfclaw.com
**Attorneys for Plaintiff**